Before the Third Division, May 29, 1946

**No. 51172.**—Protests 111752–K, etc., of C. J. Tower & Sons (Buffalo).

Opinion by Cline, J.  It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919).  In accordance therewith the claim for free entry was sustained.

**No. 51173.**—Protests 41772–K, etc., of Josiah Wedgwood & Sons, Inc.  (New York).

Opinion by Keefe, J.  It was stipulated that the merchandise consists of oatmeals or oatmeal saucers and chowder cups or puree cups the same in all material respects as those passed upon in *Copeland & Thompson, Inc.* v. *United States* (12 Cust. Ct. 85, C. D. 833) and *Johnson Bros.* v. *United States* (15 id. 113, C. D. 955).  In accordance therewith the merchandise was held dutiable as claimed.

**No. 51174.**—Protests 52215–K, etc., of John Minervini et al. (New York).

Opinion by Keefe, J.  In accordance with stipulation of counsel and following the decisions cited the following allowances were made to compensate for the weight of the inedible substance on the outside of the cheese: (1) 2½ percent for the cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269; and (2) 1 percent for the cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra.*  The protests were sustained to this extent.

**No. 51175.**—Protests 55667–K, etc., of Frank Mosca, Inc., et al. (New York).

Opinion by Keefe, J.  In accordance with stipulation of counsel and following the decisions cited the following allowances were made to compensate for the weight of the inedible substance on the outside of the cheese: (1) 2½ percent for the cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269; and (2) 1 percent for the cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra.*  The protests were sustained to this extent.

**No. 51176.**—Protests 719893–G, etc., of Rothenberger & Gallagher, Inc. (New York).